IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DIANE GAUDREAULT, Individually, THEODORE
GAUDREAULT, Individually, LINDSEY THOMAS,
Individually, and as Parent and Next Friend of and
on behalf of JAIDEN THOMAS, BREANNA
THOMAS, minors, and as Personal Representative
for the ESTATE OF ALEXIS THOMAS, Deceased,

        Plaintiffs,

vs.                                                 Civ. No. 01-1431 LFG/WWD ACE

WAYLON RADOSEVICH, WAYNE RADOSEVICH,
and PROGRESSIVE CASUALTY INSURANCE
COMPANY, a foreign corporation,

        Defendants.

## MEMORANDUM OPINION AND ORDER

       This matter comes before the Court *sua sponte*. In the Memorandum Opinion and Order entered July 11, 2002, Defendant Progressive Insurance Company was directed to submit certain documents to the Court for an *in camera* inspection to see whether those documents were protected as work product. After making an *in camera* inspection, I find that the documents are so protected.

**WHEREFORE,**

**IT IS ORDERED** that the Bates Numbered documents AA-1-6, 25-26, 39, 40-49, 118-120, 122-126, 136-144, 146-148, 160-168, 170-174, 185-191, 193-200, 202-205, 218, 245, 247-248, 259, 272, 274, 283, and 291-403, shall not be produced to Plaintiffs since they are protected as attorney work product.

**IT IS FURTHER ORDERED** that counsel for Defendant Progressive Casualty Insurance Company shall retrieve from the chambers of the undersigned the documents which were submitted for *in camera* inspection.

_____
UNITED STATES MAGISTRATE JUDGE