IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANE GAUDREAULT, Individually,
THEODORE GAUDREAULT, Individually,
LINDSEY THOMAS, Individually,
and as Parent and Next Friend of and
on behalf of JAIDEN THOMAS,
BREANNA THOMAS, minors, and as
Personal Representative for the ESTATE
OF ALEXIS THOMAS, deceased,

    Plaintiffs,

v.     No. CIV 01 1431 CLH/WWD

WAYLON RADOSEVICH, WAYNE RADOSEVICH,
and PROGRESSIVE INSURANCE COMPANY,
a foreign corporation,

    Defendants.

## MOTION FOR DISMISSAL

COME NOW, the Defendants, by and through their attorneys of record, O'BRIEN & HOULISTON, by Daniel J. O'Brien and Steven E. Thompson, and move this Court for an Order dismissing with prejudice the claims of Plaintiffs in the above-captioned matter and as grounds therefore state that all controversy between the Plaintiffs and the Defendants have been compromised and settled.

Respectfully Submitted:

O'BRIEN & HOULISTON

By: _____
DANIEL J. O'BRIEN
STEVEN E. THOMPSON
Attorneys for Defendant
6301 Indian School Road, NE, Suite 800
Albuquerque, NM 87110
(505) 883-8181



I certify that a true and correct copy of the foregoing was mailed to Counsel for Plaintiffs, this 3rd day of January, 2003.

_____
DANIEL J. O'BRIEN
STEVEN E. THOMPSON